IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUBY ROBINSON CO., INC., <br>     Plaintiff, | : <br> : <br> : |
| v. | :    Civil Action No. 3:13-cv-472-JCH |
| CONNECTICUT FRESH, INC., <br> KRISTINA M. RUSSBACH a/k/a <br> KRISTINA M. BAKES, <br> NICHOLAS BAKES, <br> and PAUL RYAN, <br>     Defendants. | : <br> : <br> : <br> :    April 22, 2013 <br> : <br> : |

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff Ruby Robinson Co., Inc. hereby voluntarily dismisses pursuant to FRCP 41(a)(1)(A)(i) its claims against defendants, Connecticut Fresh, Inc., Kristina M. Russbach a/k/a Kristina M. Bakes, Nicholas Bakes and Paul Ryan, in their entirety and without prejudice. Each side to bear its own costs.

Dated this 22nd day of April, 2013.

                                       BERDON, YOUNG & MARGOLIS, PC

                                       By:/s/ Stuart A. Margolis
                                             Stuart A. Margolis, Esq. [ct08803]
                                             132 Temple St.
                                             New Haven, CT 06510
                                             (203) 772-3740
                                             stuart.margolis@bymlaw.com

                                       McCARRON & DIESS
                                       Gregory Brown
                                       707 Walt Whitman Road, Second Floor
                                       Melville, NY 11747
                                       (631) 425-8110
                                       (631) 425-8112 fax
                                       gbrown@mccarronlaw.com
                                       Counsel for Plaintiff

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUBY ROBINSON CO., INC., <br>     Plaintiff, | : <br> : <br> : |
| v. | :    Civil Action No. 3:13-cv-472-JCH <br> : |
| CONNECTICUT FRESH, INC., <br> KRISTINA M. RUSSBACH a/k/a <br> KRISTINA M. BAKES, <br> NICHOLAS BAKES, <br> and PAUL RYAN, <br>     Defendants. | : <br> : <br> : <br> :    April 22, 2013 <br> : <br> : |

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Rule 5(b), Federal Rules of Civil Procedure, a true and correct copy of the foregoing NOTICE OF VOUNTARY DISMISSAL, was filed in the Court's CM/ECF system on the 22nd day of April, 2013. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                            BERDON, YOUNG & MARGOLIS, PC


                                         By:/s/ Stuart A. Margolis
                                              Stuart A. Margolis, Esq. [ct08803]
                                              132 Temple St.
                                              New Haven, CT 06510
                                              Tel: 203-772-3740
                                              Fax: 203-492-4444
                                              stuart.margolis@bymlaw.com